United States District Court
District of Connecticut

Raul Delgado
Claimant

vs.

Concepcion et al

Federal Court
141 Church Street
New Haven, Connecticut
06510

Civ. Case No: 3:20-cv-00787
SRC

SCANNED at and Emailed 8/19/20 by ___. 2 pages

Request made in effort to show Good Cause for response needed from the Defendant for Answer and Appearance.

Pursuant to Rule 4(m) Fed. R. Civ. P. States in a timely manner, I claimant act in a show of Good Cause toward the defendant.

The Claimant file a claim on ____ and as of this day August, 2020 there has been no response or Appearance made on the behalf of the accuse. The Claimant has now as way of good cause ask that this Court forward an up date notice and seen in place a reminder, so that the proper arguments can be made by both parties as the rules in

-1-

civil Procedures can be made in it proper order and time frame.

dated Aug. 17, 2020

Respectfully submitted

Raul Delgado

Raul Delgado
Corrigan - Radgowski CD
986 Norwich - New London
Uncasville, Connecticut
06382

Certification

I hereby state a copy has been mailed to the office of Attorney General in effort to show Good Cause and to remind them an Answer and Appearance needs to be made on behalf of defendant's.

cc:
Office of Attorney General
110 Sherman Street
Hartford, Connecticut 06105

and ECF was sent to federal court file and record.

-2-